**EXHIBIT A**

**SMALL CLAIMS PART**
**851 GRAND CONCOURSE**
**BRONX, NY 10451-2937**

1. Article Addressed to: SCB 2380/07

LOCAL 32B-J
101 AVENUE OF THE AMERICAS
NEW YORK, NY 10013-

2. Article Number

7180 8583 3220 0460 3154

**This is the start of a lawsuit against you. It should not be ignored. Your default may have serious consequences.**
**YOU MUST BRING THIS NOTICE WITH YOU EACH TIME YOU APPEAR IN COURT ON THIS CASE.**

**SUMMONS TO APPEAR** **This claim is scheduled for a Hearing to be held in the Courtroom:**

851 Grand Concourse (Room B129)
Bronx, New York 10451 (Basement)
On Thursday, September 27, 2007 at 6:00 PM

You, or someone authorized to represent you, must appear and present your defense at the Hearing. If you wish, you may retain the services of an attorney to represent you at your own expense. IF YOU FAIL TO APPEAR, JUDGMENT WILL BE ENTERED AGAINST YOU BY DEFAULT, EVEN THOUGH YOU MAY HAVE A VALID DEFENSE. Only the Judge presiding at the Hearing can grant an adjournment. The Clerk cannot grant any change in the scheduled date or time.

**DATED** August 21, 2007 **CHIEF CLERK** JACK BAER

**NOTICE OF CLAIM** $2971.12

**The Claimant asks Judgment in this court for together with interest and disbursements, on the following claim:**

ACTION TO RECOVER MONIES ARISING OUT OF LOCAL 32B-J RELEASING $2,971.12 WITHOUT THE PROPER LEGAL DOCUMENT.

CASE TYPE SMALL CLAIM
SMALL CLAIM

INDEX NUMBER
SCB 2380/07
9/27

CLAIMANT

PEDRO ORTIZ
1832 WATERLOO PL.
BRONX, NY 10460-

DEFENDANT

LOCAL 32B-J
101 AVENUE OF THE AMERICAS
NEW YORK, NY 10013-

A Guide to Small Claims Court is available at the court listed above

**ESTA INFORMACIÓN ESTÁ DISPONIBLE EÑ ESPAÑOL EN LA CORTE**

CIV-SC-55 Face (3/05)