JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PEDRO ORTIZ,

        Plaintiff,

v.

LOCAL 32BJ,

        Defendants.
-----------------------------------------------------------------X

07 CIV 8030

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Service Employees International Union, Local 32BJ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    NONE

Dated: New York, New York
September 13, 20007

Office of the General Counsel

By: _____
      Katherine Dunn (KD 0872)

Associate General Counsel
SEIU, Local 32BJ
101 Avenue of the Americas, 19th floor
New York, New York 10013
Phone: 212-388-3970
Fax:   212-388-2062

Attorneys for Defendant Local 32BJ