UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEDRO ORTIZ,

               Plaintiff,

    v.

LOCAL 32BJ,

               Defendant.
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

07 CV 8030

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK  )

    I, the undersigned, being sworn, depose and say:

    I am not a party to the action, am over 18 years of age and reside in Richmond County.

    On September 13, 2007 I served the within Notice of Removal of a Civil Action by depositing a true copy thereof in an official depository under the exclusive care and custody of United Parcel Service for overnight delivery, addressed to each of the following persons at the last known address set forth after each name:

    To:    Pedro Ortiz (Pro Se)
              1832 Waterloo Place
              Bronx, New York 10460

_____
Melissa Beyer

Sworn to before me this
13th day of September 2007

_____
Notary Public

KATHERINE DUNN
Notary Public, State of New York
No. 02DU6172629
Qualified in New York County
Commission Expires August 13, 20 11