UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Pedro Ortiz                                                  :
                                                             :
                    Plaintiffs,                              :
                                                             :
     -v-                                                     :     **ORDER OF REFERENCE**
                                                             :     **TO A MAGISTRATE JUDGE**
Local 32BJ                                                   :
                                                             :     07 Civ. 8030 (LTS)(KNF)
                    Defendant.                               :
                                                             :
------------------------------------------------------------ X
LAURA TAYLOR SWAIN, District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 2 2008
```

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose: _____

___ Habeas Corpus

___ Social Security

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   Particular Motion: <u>Defendant's Motion to Dismiss</u>

   All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:   New York, New York
         January 14, 2008

                                                LAURA TAYLOR SWAIN
                                                United States District Judge