**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
PEDRO ORTIZ,

               Plaintiff,

    -against-

LOCAL 32BJ,

               Defendant.
-------------------------------------------------------X

07 CIVIL 8030 (LTS)(KNF)

**JUDGMENT**



**SCANNED**

    Whereas on May 21, 2008, the Honorable Kevin N. Fox, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that defendants' motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) be granted, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on June 25, 2008, having rendered its Order adopting the report in its entirety and granting defendant's motion to dismiss, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 25, 2008, the report is adopted in its entirety and defendant's motion to dismiss the complaint is granted.

**Dated:** New York, New York
         June 26, 2008

                                      **J. MICHAEL McMAHON**
                                            Clerk of Court
                        BY:
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____